| OHIO CIVIL RIGHTS COMMISSION<br>CHARGE OF DISCRIMINATION<br>EMPLOYMENT | Agency Use Only<br>● FEPA<br>● EEOC | CHARGE NUMBER: (Agency Use Only) |
|---|---|---|

Completely Fill in the Following

**Name of Charging Party (First Middle Last)**
ELLA BLYTHE

**Address**
304 S. LEONARD AVENUE

**City** **State** **Zip Code** **County Code County**
LIMA, OH 45804 ALLEN

**Telephone Number**
419-371-1318

**Name of Company**
BEF FOODS, INC.

**Address**
651 COMMERCE PKWY.

**City** **State** **Zip** **County**
LIMA, OH 45804 ALLEN

**Telephone Number**
567-940-9401

**Date(s) of Discrimination** December 18, 2020   **Total Number of Employees** +20   **Date of Hire:** April 22, 2019

**I believe I was discriminated against because of my:** (Please identify)

___ Race/Color
___ Religion
X Sex
___ National Origin/Ancestry
X Disability
X Retaliation
___ Military Status
X Age (Over 40 years only -- List Date of Birth- October 29, 1972

FOR AGE CASES ONLY: I have not commenced any action under section 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

**Type of Discrimination:**

● Demotion   ___ Discharge/Termination   ___ Discipline
● Failure to Hire   ___ Forced to Resign   X Harassment/Sexual Harassment
● Layoff   ___ Promotion   X Reasonable Accommodation
___ Other (Specify)

Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.

I am a forty-eight (48) year old female. I have a record of a physical impairment and medical conditions which are recognized as disabilities under Ohio Revised Code Section 4112. I participated in a legally protected activity under Ohio Revised Code Section 4112 by making an internal complaint of sex and age discrimination.

I have been employed by the above-named Respondent since April 22, 2019, as an Environmental Health and Safety Manager. I have been subjected to harassment on the basis of my sex and age, as well as in retaliation for complaining of sex and age discrimination. I have also been denied reasonable accommodations for my disability.

I have been unlawfully discriminated against due to my sex, age, disability and perceived disability, as well as retaliated against in that:

> I was on medical leave for two weeks in April 2020, due to a disability, and off work due to another disabling condition from June 25, 2020 through September 2, 2020. When I returned to work, I requested reasonable accommodations for my disability.

> On or about September 15, 2020, I was subjected to verbal harassment and intimidation, as well as threatened with disciplinary action. Consequently, I made a complaint of sex and age discrimination to Respondent's ethics hotline.

> After my manager learned that I made a complaint of discrimination, she instructed me to leave the facility because Respondent was no longer going to provide reasonable accommodations for my disability. I was told to have my doctor change my accommodation requests.

> I was on medical leave from October 20, 2020 through November 3, 2020. On November 3, 2020, I was issued a negative performance evaluation and placed on a Performance Improvement Plan.



PLAINTIFF'S EXHIBIT A

As a result of the ongoing harassment, I have been subjected to a hostile work environment and have been placed on a medical leave of absence by my physician.

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance to their procedures.

Charging Party Signature: *Etta Blythe*

Date: 12/22/2020

Subscribed and sworn to before me on this 22 day of Dec 20 20

*Jill R Bishop*

**JILL R BISHOP**
Notary Public, State of Ohio
My Commission Expires
December 05, 2024

Notary or Commission Representative