# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
Charlie Winburn
J. Rita McNeil Danish



Angela Phelps-White,
Executive Director

---

**Charging A. Party,**

    Ella Blythe

v.

**Respondent,**

    BEF Foods, Inc.

)
)
)
)
Charge No.    DAYB6(29451)04232021
                  22A-20221-02126C

## NOTICE OF RIGHT TO SUE

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Lori Taylor*
Lori Taylor,
Dayton Regional Director
3055 Kettering Blvd., Suite 111
Dayton, OH 45439
(937) 285-6500



PLAINTIFF'S EXHIBIT C